453 A.2d 324

**COMMONWEALTH of Pennsylvania**

**v.**

**John WILCOX, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 18, 1982.

Decided Dec. 17, 1982.

Norris E. Gelman, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., David DaCosta, Asst. Dist. Attys., for appellee.

## ORDER

PER CURIAM.

Order affirmed.